UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60123-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

RICHARD PIERRE CAMBRONNE,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Defendant's Motion to Suppress. DE 25. The matter was referred to Magistrate Judge O'Sullivan, who issued a Report (DE 33) recommending that the Motion be denied. The matter is ripe for disposition and no objections to the report have been filed. Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 33) is RATIFIED, AFFIRMED AND ADOPTED. It is further

ORDERED AND ADJUDGED that Defendant's Motion to Suppress (DE 25) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of November 2006.

                                            URSULA UNGARO-BENAGES
                                            UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record